496 P.2d 1094

**Kenneth D. GOUGH, Petitioner,**

v.

**FAMARISS OIL & REFINING COMPANY, Employer, and Aetna Casualty and Surety Company, Insurer, Respondents.**

No. 9451.

Supreme Court of New Mexico.

May 2, 1972.

Further ordered that the record in Court of Appeals Cause No. 753, 83 N.M. 710, 496 P.2d 1106, be and the same is hereby returned to the Clerk of the Court of Appeals.

496 P.2d 1094

**Don RUPERT et al., Petitioners,**

v.

**Hallie C. SANDERS and William W. Sanders, individually, et al., Respondents.**

No. 9449.

Supreme Court of New Mexico.

May 2, 1972.

Further ordered that the record in Court of Appeals Cause No. 704, 83 N.M. 706, 496 P.2d 1102, be and the same is hereby returned to the Clerk of the Court of Appeals.

496 P.2d 1094

**Hallie C. SANDERS et al., Petitioners,**

v.

**Don RUPERT et al., Respondents.**

No. 9456.

Supreme Court of New Mexico.

May 2, 1972.

Further ordered that the record in Court of Appeals Cause No. 704, 83 N.M. 706, 496 P.2d 1102, be and the same is hereby returned to the Clerk of the Court of Appeals.